JOHN POLACSEK, Respondent, *v.* AMERICAN IRON AND STEEL MANUFAC-
TURING COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 7th day of August, 1914, denying a motion to
vacate the service of the summons.

PER CURIAM: It is quite apparent that the person served with the sum-
mons was in no sense the managing agent of the defendant, and the
attempted service was, therefore, imperfect. The order appealed from is,
therefore, reversed, with ten dollars costs and disbursements, and the
motion granted, with ten dollars costs. Present — Ingraham, P. J.,
McLaughlin, Laughlin, Clarke and Scott, JJ. Ingraham, P. J., dissented.
Order reversed, with ten dollars costs and disbursements, and motion
granted, with ten dollars costs.

————

MAX H. SCHWARTZ, Respondent, *v.* CHARLES SCHWEINLER PRESS,
Appellant.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 24th day of March, 1914, denying a motion to
vacate an order for the examination of defendant before trial.

PER CURIAM : The order appealed from is modified by limiting the
examination to the question as to the authority of the person mentioned
in paragraphs 4 and 8 of the complaint, and as so modified affirmed, with-
out costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and
Scott, JJ. Order modified as stated in opinion, and as so modified
affirmed, without costs. Order to be settled on notice.

————

HARRY ROWE SHELLEY, Appellant, *v.* HORACE W. FISH, Respondent.

Appeal from an order of the Supreme Court, entered in the New York
county clerk's office on the 11th day of June, 1914, granting a motion to
strike out certain parts of the complaint.

PER CURIAM: The order appealed from is modified by denying the
motion to strike out the portion directed by said order to be stricken out
in paragraph 5 of the complaint, and as so modified affirmed, without
costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and
Scott, JJ. Order modified as directed in opinion, and as modified
affirmed, without costs. Order to be settled on notice.